**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6983**

---

FRANK BENJAMIN KEARNEY,

Plaintiff - Appellant,

versus

STEPHEN DEWALT, Warden of the Federal Correc-
tional Institution at Petersburg, Virginia,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-98-781-2)

---

Submitted:  September 30, 1999       Decided:  October 8, 1999

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Frank Benjamin Kearney, Appellant Pro Se.  Michael Anson Rhine,
OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Frank Benjamin Kearney appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Kearney v. Dewalt, No. CA-98-781-2 (E.D. Va. July 12, 1999).[*] We deny Kearney's motion for a certificate of appealability as unnecessary and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on July 8, 1999, the district court's records show that it was entered on the docket sheet on July 12, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).